FILED

08/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0306

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0306

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.                                                    O R D E R

PAMELA JO POLEJEWSKI,

Defendant and Appellant.

_____

Pursuant to the Animal Legal Defense Fund's motion for leave to file an amicus brief in the captioned matter, and good cause appearing,

IT IS HEREBY ORDERED that the motion for leave to file an amicus brief is GRANTED. Animal Legal Defense Fund shall file their brief on or before August 31, 2020.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 18 2020